UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 15-cv-524-RGK (GJS) | Date | June 4, 2015 |
|---|---|---|---|
| Title | *Sherron Washington v. Carolyn W. Colvin* | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| | None present | None present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause Why Case Should Not Be Dismissed For Failure to Timely File Proof of Service

On March 11, 2015, the previously assigned magistrate judge issued a case management order requiring "Plaintiff [to] electronically file a proof of service showing compliance with" the service requirements in that order "within twenty-eight (28) days after the filing of the complaint." [Dkt. 9 at 2.]  The Complaint was entered on January 23, 2015, and subsequently filed by virtue of the payment of the filing fee on March 5, 2015, after which the Court issued the summons on March 6, 2015.  [*See* Dkts. 1 & 8.]  Accordingly, the Plaintiff was required to file proof of service by April 3, 2015, and failed to do so.

On or before June 17, 2015, Plaintiff must file a response no longer than three pages explaining her failure to file the required proof of service.  **The Court will deem a failure to file a response as a failure to prosecute and will recommend dismissal.**  *See* C.D.Cal. Local Civ. R. 41-1.

**IT IS SO ORDERED.**

Initials of preparer __efc__