# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHERRON WASHINGTON, | |
|---|---|
| Plaintiff | Case No. CV 15-00524-GJS |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: January 20, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE